

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00618-CV

**IN THE INTEREST OF J.M.E.**, C.J.V., T.A.W., R.A.C., and S.S.H.

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00277
Honorable Kimberly Burley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellants' parental rights is AFFIRMED. No costs of appeal are taxed against appellants.

SIGNED January 25, 2023.

_____
Liza A. Rodriguez, Justice